1  MARCELO DI MAURO (State Bar No. 268501)
   marcelodimaurolaw@gmail.com
2  LAW OFFICE OF MARCELO DI MAURO
   2719 Wilshire Blvd., Ste. 2000
3  Santa Monica, California 90403
   Telephone:  (310) 876-2723
4
   Attorneys for Plaintiff A GANJI
5
   JONATHAN H. BLAVIN (State Bar No. 230269)
6  jonathan.blavin@mto.com
   MUNGER, TOLLES & OLSON LLP
7  560 Mission Street
   Twenty-Seventh Floor
8  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
9  Facsimile:    (415) 512-4077

10 Attorneys for Defendant LYFT, INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| A. GANJI, an individual and on behalf of all others similarly situated, | Case No. 3:18-cv-06321-VC |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION** |
| vs. | |
| LYFT, INC., | |
| Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1       Pursuant to the Joint Request for Dismissal filed by the parties, and good cause appearing,

2    IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety and with prejudice

3    as to Plaintiff's individual claims, and without prejudice as to any claims by the putative,

4    uncertified class alleged by Plaintiff.  The Clerk of the Court is directed to close the case.

5

6       **IT IS SO ORDERED.**

7

8    DATED:

9

10                                          HON. VINCE CHHABRIA
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING ACTION