MARCELO DI MAURO (State Bar No. 268501)
marcelodimaurolaw@gmail.com
LAW OFFICE OF MARCELO DI MAURO
2719 Wilshire Blvd., Ste. 2000
Santa Monica, California 90403
Telephone: (310) 876-2723

Attorneys for Plaintiff A GANJI

JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. GANJI, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC.,<br><br>Defendant. | Case No. 3:18-cv-06321-VC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

Pursuant to the Joint Request for Dismissal filed by the parties, and good cause appearing, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety and with prejudice as to Plaintiff's individual claims, and without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: February 1, 2019

_____
HON. VINCE CHHABRIA
United States District Judge